JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
TATYANA TIKHOMIROVA

## DEFENDANTS
TRUMP ENTERTAINMENT RESORTS, INC. AND TRUMP TAJ MAHAL CASINO AND GO COFFEE SHOP

(b) County of Residence of First Listed Plaintiff: **Philadelphia**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: **Atlantic**
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Daniel J. O'Brien, Esquire – White & Williams LLP
1650 Market Street, One Liberty Place, Suite 1800
Philadelphia, PA 19103-7395
(215) 864.7168

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- [ ] 1. U.S. Government Plaintiff
- [ ] 2. U.S. Government Defendant
- [ ] 3. Federal Question (U.S. Government Not a Party)
- [x] 4. Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [x] 4 |
| Citizen of Another State | [x] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**TORTS – PERSONAL INJURY**
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [x] 360 Other Personal Injury

**CIVIL RIGHTS**
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/Accommodations
- [ ] 444 Welfare
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 440 Other Civil Rights

**TORTS – PERSONAL INJURY**
- [ ] 362 Personal Injury - Med. Malpractice
- [ ] 365 Personal Injury - Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**PRISONER PETITIONS**
- [ ] 510 Motions to Vacate Sentence
- **Habeas Corpus:**
- [ ] 530 General
- [ ] 535 Death Penalty
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition

**FORFEITURE/PENALTY**
- [ ] 610 Agriculture
- [ ] 620 Other Food & Drug
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 630 Liquor Laws
- [ ] 640 R.R. & Truck
- [ ] 650 Airline Regs.
- [ ] 660 Occupational Safety/Health
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Mgmt. Relations
- [ ] 730 Labor/Mgmt. Reporting & Disclosure Act
- [ ] 740 Railway Labor Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Empl. Ret. Inc. Security Act

**IMMIGRATION**
- [ ] 462 Naturalization Application
- [ ] 463 Habeas Corpus - Alien Detainee
- [ ] 465 Other Immigration Actions

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 840 Trademark

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit
- [ ] 490 Cable/Sat TV
- [ ] 810 Selective Service
- [ ] 850 Securities/Commodities/Exchange
- [ ] 875 Customer Challenge 12 USC 3410
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 892 Economic Stabilization Act
- [ ] 893 Environmental Matters
- [ ] 894 Energy Allocation Act
- [ ] 895 Freedom of Information Act
- [ ] 900 Appeal of Fee Determination Under Equal Access to Justice
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)
- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdiction statutes unless diversity):
28 U.S.C. § 1332

Brief description of cause:
Premises Liability

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
- DEMAND $ In excess of $75,000.00
- CHECK YES only if demanded in complaint:
- JURY DEMAND: [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____
DOCKET NUMBER _____

DATE: 6/17/16
SIGNATURE OF ATTORNEY OF RECORD: /s/

FOR OFFICE USE ONLY

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

17244739v.1

# UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: 9629 Bustleton Avenue, Apt. 324, Philadelphia, PA 19115

Address of Defendant: 1000 Boardwalk at Virginia Avenue, Atlantic City, NJ 08401

Place of Accident, Incident or Transaction: 1000 Boardwalk at Virginia Avenue, Atlantic City, NJ 08401
*(Use Reverse Side for Additional Space)*

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a)).   Yes ☐   No ☒

Does this case involve multidistrict litigation possibilities?   Yes ☐   No ☒

RELATED CASE IF ANY:

Case Number: _____   Judge: _____   Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in earlier numbered suit pending or within one year previously terminated action in this court?
   Yes ☐   No ☒

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
   Yes ☐   No ☒

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?
   Yes ☐   No ☒

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?
   Yes ☐   No ☒

CIVIL: (Place ☒ in ONE CATEGORY ONLY)

A. *Federal Question Cases:*
1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Security Act(s) Cases
10. ☐ Social Security Review Cases
11. ☐ All other Federal Question Cases
    (please specify)

B. *Diversity Jurisdiction Cases:*
1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☒ Other Personal Injury (Please specify) Premises Liability
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All Other Diversity Cases
   (Please specify)

## ARBITRATION CERTIFICATION
*(Check appropriate category)*

I, Daniel J. O'Brien, Esquire, counsel of record do hereby certify:

☒ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☐ Relief other than monetary damages is sought.

DATE: 6/17/16       _____       41159
                    Attorney-at-Law                Attorney I.D. #

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 6/17/16       _____       41159
                    Attorney-at-Law                Attorney I.D. #

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**CASE MANAGEMENT TRACK DESIGNATION FORM**

| | | |
|---|---|---|
| TATYANA TIKHOMIROVA | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TRUMP ENTERTAINMENT RESORTS, | : | |
| INC. AND TRUMP TAJ MAHAL CASINO | : | NO. |
| AND GO COFFEE SHOP | : | |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a case management track designation form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus -- Cases brought under 28 U.S.C. §2241 through §2255.   ( )

(b) Social Security -- Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits.   ( )

(c) Arbitration -- Cases required to be designated for arbitration under Local Civil Rule 53.2.   ( )

(d) Asbestos -- Cases involving claims for personal injury or property damage from exposure to asbestos.   ( )

(e) Special Management -- Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.)   ( )

(f) Standard Management -- Cases that do not fall into any one of the other tracks.   (XX)

| | | |
|---|---|---|
| 6/17/16 | [signature] | Daniel J. O'Brien, Esquire |
| **Date** | **Attorney-at-law** | **Attorney for Plaintiff** |
| (215) 864.7168 | (215) 789.7668 | obriend@whiteandwilliams.com |
| **Telephone** | **Fax Number** | **E-mail Address** |

17247084v.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY – CAMDEN VICINAGE

| | |
|---|---|
| TATYANA TIKHOMIROVA<br>9629 Bustleton Avenue, Apt. 324<br>Philadelphia, PA 19115<br><br>      Plaintiff,<br><br>v.<br><br>TRUMP ENTERTAINMENT RESORTS, INC.<br>1000 Boardwalk at Virginia Avenue<br>Atlantic City, NJ  08401<br>  and<br>TRUMP TAJ MAHAL CASINO<br>1000 Boardwalk at Virginia Avenue<br>Atlantic City, NJ  08401<br>  and<br>GO COFFEE SHOP<br>1000 Boardwalk at Virginia Avenue<br>Atlantic City, NJ  08401<br><br>      Defendants. | CIVIL ACTION |

**CIVIL ACTION COMPLAINT**

**THE PARTIES**

1. Plaintiff Tatyana Tikhomirova is an adult individual who resides at and has a domicile at 9629 Bustleton Avenue, Apt. 324, Philadelphia, PA 19115. Plaintiff is a citizen of the Commonwealth of Pennsylvania.

2. Defendant, Trump Entertainment Resorts, Inc., is a corporation incorporated under the laws of the State of Delaware, which has its principal place of business in Atlantic City, New Jersey. Defendant, Trump Entertainment Resorts, Inc., is a citizen of the State of Delaware and/or New Jersey.

17179000v.1

3. Defendant, Trump Taj Mahal Casino, is a business entity located in Atlantic City, New Jersey. Defendant, Trump Taj Mahal Casino, is a citizen of the State of New Jersey.

4. Defendant, GO Coffee Shop, is a fictitious named coffee shop/restaurant which is located within the Trump Taj Mahal Casino in Atlantic City, New Jersey. Defendant, GO Coffee Shop, is a citizen of the State of New Jersey.

## JURISDICTION AND VENUE

5. Jurisdiction is based upon the diversity of citizenship of the parties to this action. Plaintiff is a citizen of the Commonwealth of Pennsylvania. Each defendant is a citizen of a state other than Pennsylvania.

6. The amount in controversy in this matter exceeds the sum of $75,000, exclusive of interest and costs.

7. Venue in the instant matter rests in the United States District Court for the District of New Jersey since the operative facts giving rise to this litigation all took place in the State of New Jersey.

## FACTS

8. Plaintiff was a business invitee of the defendants on February 7, 2016. She was visiting the Trump Taj Mahal Casino, which was owned by defendant, Trump Entertainment Resorts, Inc., and having lunch at the GO Coffee Shop at the time of the accident described in paragraphs 9-11 below.

9. Plaintiff suffered severe burn injuries and permanent scarring as a result of the negligence of the defendants who were at all relevant times acting through their authorized agents, servants, employees and/or apparent agents, and who at all times relevant acted as joint tortfeasors.

10. Plaintiff ordered a small coffee and a cup of soup from the clerk working behind the counter at the GO Coffee Shop. The clerk poured the coffee into a paper cup, placed a lid on the cup, and placed the seemingly covered cup on the plaintiff's tray.

11. As plaintiff was walking to a nearby, directly adjacent table to eat her lunch, the cup of coffee fell onto its side, at which time the hot coffee spilled and splashed onto plaintiff's mid-section, resulting in severe burn injuries and permanent, disfiguring scarring (the "accident").

## COUNT I
## PLAINTIFF V. DEFENDANTS

12. The accident was caused by the individual, joint and several negligence of the defendants who acted through their authorized employees, servants, agents and/or apparent agents.

13. The negligence of the defendants consisted of:

 (a) Failing to securely and safely apply the lid to the coffee cup;

 (b) Negligently placing the coffee cup on top of other items on plaintiff's tray such as napkins and spoons, resulting in the cup being uneven, unstable and likely to fall over;

 (c) Failing to provide plaintiff with food, drinks and a tray that could be safely carried to the nearby tables;

 (d) Failing to act within the standard of care for the safety and wellbeing of their business invitees, including plaintiff;

 (e) Failing to use due care under the circumstances.

14. As a result of the accident and injuries referred to above, plaintiff has in the past and will in the future suffer severe physical and psychological pain and suffering.

17179000v.1

15. As a result of the accident and injuries referred to above, plaintiff has in the past and will in the future be required to expend certain sums of money for medical, therapeutic and related care and treatment.

16. As a result of the accident and injuries referred to above, plaintiff has suffered permanent and disfiguring injuries.

WHEREFORE, plaintiff demands judgement in her favor and against the defendants, individually, jointly and severally, in an amount in excess of $75,000, exclusive of interest and costs.

**WHITE AND WILLIAMS LLP**

By: *[signature]*
Daniel J. O'Brien
1650 Market Street
One Liberty Place, Suite 1800
Philadelphia, PA  19103-7395
Phone:  215-864-7000
Attorneys for Plaintiff

Dated:  June 17, 2016