# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY – CAMDEN VICINAGE

| | |
|---|---|
| TATYANA TIKHOMIROVA | CIVIL ACTION |
| Plaintiff | |
| | No. 1:16-cv-03544-RMB-JS |
| v. | |
| TRUMP ENTERTAINMENT RESORTS, INC. and TRUMP TAJ MAHAL CASINO and GO COFFEE SHOP | NOTICE OF DISMISSAL |
| Defendants | |

## NOTICE OF DISMISSAL

Plaintiff, Tatyana Tikhomirova, by and through her attorneys, White and Williams LLP, voluntarily dismisses this action pursuant to Fed.R.Civ.P. 41 (a)(1)(A)(i) without prejudice. Defendants, Trump Entertainment Resorts, Inc., Trump Taj Mahal Casino, and GO Coffee Shop, have not entered an appearance or filed a pleading in response to the complaint in this action.

WHITE AND WILLIAMS LLP

By: _/s/ Daniel J. O'Brien_
Daniel J. O'Brien
1650 Market Street
One Liberty Place, Suite 1800
Philadelphia, PA  19103-7395
Phone:  215-864-7000
Attorneys for Plaintiff

Dated:  July 12, 2016

17379805v.1